IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| JOHN MCCLELLAN OCKER III, | |
|---|---|
| Plaintiff, | Case No. 1:17-CV-00383-BLW |
| v. | **JUDGMENT** |
| ADA COUNTY POLICE AND COURTS, ST. LUKE'S HOSPITAL AND DAY CARE, AT&T TELEPHONE CO., HEWLETT PACKARD COMPUTERS. | |
| Defendants. | |

Pursuant to the Memorandum Decision and Order filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Initial Review Order (Dkt. 6) is hereby ADOPTED as the decision of this Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that Plaintiff's In Forma Pauperis Application (Dkt. 1) is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that Plaintiff's Complaint (Dkt. 2) be DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

**JUDGMENT- 1**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk close this case.

DATED: January 24, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court